# 2

**U.S. Department of Homeland Security** Subject ID : 401293717 **Record of Deportable/Inadmissible Alien**

| Field | Value |
|---|---|
| Family Name (CAPS) / First / Middle | DELMYR, ZLATAN WAD ERNESTO |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | DRK |
| Country of Citizenship | HAITI |
| Passport Number and Country of Issue | |
| File Number | BOS2601000671<br>234 960 625 |
| Height | 71 |
| Weight | 180 |
| Occupation | UNR |
| U.S. Address | 109 WHITTENTON ST TAUNTON, MASSACHUSETTS, 02780, UNITED STATES |
| Scars and Marks | |
| Date, Place, Time, and Manner of Last Entry | 07/18/2020 Unknown Time, JFK, B2-Visitor For Pleasure |
| Passenger Boarded at | See Narrative |
| F.B.I. Number | JA859W9T3 |
| ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | |
| Number, Street, City, Province (State) and Country of Permanent Residence | HAITI |
| Method of Location/Apprehension | NCA |
| Date of Birth | 07/21/2007 Age: 18 |
| Date of Action | 01/19/2026 |
| Location Code | BOS/BOS |
| At/Near | See I-831 |
| Date/Hour | 01/19/2026 00:51 |
| City, Province (State) and Country of Birth | HAITI |
| AR | ☒ |
| Form : (Type and No.) Lifted ☐ Not Lifted ☐ | |
| By | BRYAN MCCARTHY |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | |
| Status When Found | |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | See Narrative |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | None |
| Father's Name, Nationality, and Address, if Known | |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | ☒ Yes ☐ No |
| Systems Checks | See Narrative |
| Charge Code Words(s) | See Narrative |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | Unemployed or Retired |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

**FIN: 1322805880**



**Left Index fingerprint**



**Right Index fingerprint**



**FAMILY INFORMATION**
-------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Spouse:Subject is not married.
Child:Subject does not have children or dependents.

**IMMIGRATION RECORD**
-------------------
History was expected but not provided ...(CONTINUED ON I-831)

FOR JP D011793
BRYAN MCCARTHY
Deportation Officer
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges 01/19/2026 JPP (Date/Initials)

Distribution:

T-File

Received: (Subject and Documents) (Report of Interview)

Officer: BRYAN MCCARTHY

on: January 19, 2026 (time)

Disposition: Warrant of Arrest/Notice to Appear

Examining Officer: DURDEN, A 3707 ALEXANDER G DURDEN

Digitally signed by ALEXANDER G DURDEN
Reason: I am the authorizing official
Date: 2026.01.23 17:41:18 -05'00'

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security** **Continuation Page for Form I-213**

| Alien's Name | File Number | Date |
|---|---|---|
| DELMYR, ZLATAN WAD ERNESTO | 234 960 625<br>Event No: BOS2601000671 | 01/19/2026 |

**SUBJECT HEALTH STATUS**
----------------------
The subject claims good health.

**CURRENT ADMINISTRATIVE CHARGES**
------------------------------
01/19/2026 - 237a1B - NONIMMIGRANT OVERSTAY

**BOARDED AT**
-----------
PORT AU PRINCE, HAITI

**RECORDS CHECKED**
---------------
TECS checked on 01/19/2026 with Positive result.NCIC checked on 01/19/2026 with Positive result.CIS checked on 01/19/2026 with Positive result.CLAIM checked on 01/19/2026 with Negative result.EARM checked on 01/19/2026 with Positive result.IAFIS checked on 01/19/2026 with Positive result.

**ARRESTED AT/NEAR**
----------------
MBTA POLICE 240 SOUTHAMPTON STREET, BOSTON, MASSACHUSETTS, 02118, UNITED STATES

**RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:**
---------------------------------------
**ENCOUNTER:**
The subject DELMYR ZLATAN hereinafter referred to as DELMYR, came to the attention of ERO Boston Secure Communities Interoperability Program due to his January 19, 2026, arrest by the MBTA Police Department for the offense of unarmed robbery. DELMYR's fingerprints were electronically submitted to the Department of Justice, National Crime Information Center/ Next Generation Identification System and Department of Homeland Security/ICE databases indices including CIS, CLAIMS, PCQS, CCDI, EARM, ENFORCE, NCIC, and IDENT. The Pacific Enforcement Response Center (PERC) received an Immigration Alien Response (IAR) from the U.S. Immigration and Customs Enforcement (ICE), Law Enforcement Support Center (LESC) and notified ERO Boston via the Alien Criminal Response Information Management System (ACRIMe) that DELMYR is a biometric match to A# 234-960-625 a citizen and national of Haiti who legally entered the United States on July 18,2020 at Queens, New York as a B2, visitor for pleasure, with authorization to remain in the United States until January 17, 2021. DELMYR failed to depart the United States. Upon review, it was determined that the DELMYR is amenable to ICE enforcement action. ERO Boston lodged Forms I-247, Immigration Detainer Notice of Action, and I-200, Warrant of Arrest, with the MBTA Police Department.

DELMYR, aka: DELMY, Zlatan Wad Ernesto legally entered the United States on July 18,2020 at Queens, New York as a B2, visitor for pleasure, with authorization to remain in the United States until January 17, 2021. DELMYR failed to depart the United States. DELMYR is amenable to place in removal proceedings under section 237(a)(1)B) of the Immigration and Nationality Act (INA).

**ARREST:**
On January 19, 2026, Officer Fils-Aime and McCarthy of the ICE/ERO BFO SC Team responded to the MBTA Police department. Upon DELMYR's release from state custody, I and Officer McCarthy approached DELMYR in the lobby of the police station stated that we are officers of Immigration Officers and asked his name, to which he responded "DELMYR ZLATAN". In accordance with the issued Form I-200, Warrant of Arrest, I informed DELMYR that he was under arrest for violating U.S. Immigration Laws. DELMYR resists with the intention to flee

| Signature | Title |
|---|---|
| BRYAN MCCARTHY FOR FOR JP DO11793 | Deportation Officer |

EOIR — 2 of 4

2 of 4 Pages

**U.S. Department of Homeland Security** **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DELMYR, ZLATAN WAD ERNESTO | 234 960 625<br>Event No: BOS2601000671 | 01/19/2026 |

from being arrested. I, Officer Fils-Aime and McCarthy assisted DELMYR to the ground and placed in full restraints, handcuffs double locked. DELMYR was placed in the rear of Officer McCarthy's government vehicle and transported without incident to the Boston Field Office. I interviewed DELMYR and asked him several questions concerning his immigration status, entry into the United States and criminal history. DELMYR stated that he knew that he overstayed his visa and his lengthy criminal history.

ALIENAGE:
DELMYR claimed that he was born in Haiti and he is a citizen of Haiti. DELMY, Zlatan Wad Ernesto legally entered the United States on July 18,2020 at Queens, New York as a B2, visitor for pleasure, with authorization to remain in the United States until January 18, 2021. DELMYR failed to depart the United States. A search of the following indices has indicated DELMYR has TPS application pending final hold.

DERIVATIVE CITIZENSHIP DATA:
DELMYR claimed that his mother and father have no pending applications for a benefit under the Immigration & Nationality Act and makes no claim to derivative citizenship in the United States. A search of the following indices has provided no further information regarding DELMYR, his parents and any and a potential claim to United States Citizenship: CIS, CLAIMS, EARM, ENFORCE, NCIC, IDENT, and PCQS.

IMMIGRATION HISTORY:

DELMYR, Zlatan Wad Ernesto legally entered the United States on July 18,2020 at Queens, New York as a B2, visitor for pleasure, with authorization to remain in the United States until January 18, 2021. DELMYR failed to depart the United States.
On December 12, 2025, filed for TPS and Withholding of Removal, with United States Citizen and Immigration Services (USCIS). The application is pending.
On January 18, 2026, the Pacific Enforcement Response Center (PERC) notified ERO Boston through the ACRIMe database that MBTA Police department arrested DELMYR for robbery. Forms I-247, Immigration Detainer Notice of Action, and I-200, Warrant of Arrest, were lodged with the MBTA Police department. The detainer was honored and DELMYR was released to our custody.
On January 19, 2026, ERO Boston arrested DELMYR and served him Forms I-200, Warrant of Arrest, I-862, Notice to Appear, and a list of Pro Bono Service Providers. DELMYR will remain in ICE custody pending his hearing before an immigration judge.

CRIMINAL HISTORY:
FBI NUMBER: JA859W9T3
MA STATE ID: MA30011028

Arrest Date: 2025-07-12 Boston PD
SHOPLIFTING - $50 TO $200
ASSAULT AND BATTERY (INJURIES)

Arrest Date: 2025-12-28 MALDEN PD
MOTOR VEH, RECEIVE STOLEN C266 S28(A)

Arrest Date: 2026-01-14 BRAINTREE PD
SHOPLIFTING BY CONCEALING MDSE

Arrest Date: 2026-01-18 MBTA PD
ROBBERY, UNARMED C265.19(B)

GANG / TERRORIST AFFILIATION:
There is no evidence to suggest any gang affiliation. DELMYR does not claim to have any gang affiliation.

| Signature | Title |
|---|---|
| BRYAN MCCARTHY FOR JP DO11793 | Deportation Officer |

EOIR — 3 of 4

3 of 4 Pages

**U.S. Department of Homeland Security** **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DELMYR, ZLATAN WAD ERNESTO | 234 960 625<br>Event No: BOS2601000671 | 01/19/2026 |

CREDIBLE / REASONABLE FEAR:
DELMYR, claims fear of returning to Haiti.

MILITARY SERVICE:
DELMYR makes no claim to prior service in any branch of the U. S. Military.

CHILD CARE/CUSTODY ISSUE:
DELMYR has no children.

MEDICAL HISTORY:
DELMYR claimed to have no known medical conditions and is not prescribed any medications at the time of arrest.

IDENTITY DOCUMENTS:
was not in possession of any Haitian identity documents but claimed to have a passport at his residence.

OTHER IDENTIFYING NUMBERS
--------------------------
ALIEN-234960625
Other Biometric-1322805880
State Criminal Number/State Bureau Number-MA30011028 (UNITED STATES)
Arrival-Departure Record-537269628A2

| Signature | Title |
|---|---|
| BRYAN MCCARTHY FOR JP DO11793 | Deportation Officer |

EOIR — 4 of 4

4 of 4 Pages

Uploaded on: 08/06/2026 at 11:19:42 AM (Eastern Daylight Time) Base City: CHE

**Ronald Seely**
Deputy Regional Counsel
**Thomas Beckwith**
Assistant Regional Counsel
**Vance Hall**
Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
150 Apollo Drive, STE 200
Chelmsford, MA 01824
(978) 561-4971

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

| | |
|---|---|
| In the Matter of:<br><br>DELMYR, Zlatan<br><br>In Removal Proceedings | File No: **A234 960 625** |

**Immigration Judge**: FRAMES

**Next Hearing**: August 8, 2026 1:00PM

**U.S. DEPARTMENT OF HOMELAND SECURITY'S**
**EVIDENCE SUBMISSION**

1. Removal Order……………………………………………………………………………………………….1
2. Respondent's criminal RAP sheet……………………………………………………………………….5

Respectfully submitted

U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security

*Vance Hall*

Vance Hall, DHS Counsel

EOIR – 1 of 12

## CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2026, I, Vance Hall, served a copy of this **U.S. Department of Homeland Security's Evidence Submission** and any attachments on the respondent or his/her counsel of record.

☐ by first-class mail, postage pre-paid, to the person at the address set forth below:

☐ by UPS Courier Service to the person at the address set forth below:

☐ by personally delivering a true copy thereof to the person set forth below:

☐ by telefaxing with acknowledgment of receipt to the person at the address set forth below:

☐ by electronic service, at the following e-mail address:

☐ by eService pursuant to the Terms and Conditions agreed to between the parties.

☒ through the EOIR Courts and Appeals System (ECAS), which will automatically send service notifications to both parties that a new document has been filed.

Respectfully served this August 6, 2026,

Vance Hall

Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

Respondent Name:
DELMYR, ZLATAN
To:
Champagne, Richard Thierry
859 Willard Street Suite 400
Quincy, MA 02169

A-Number:
234-960-625
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
05/01/2026

## ORDER OF THE IMMIGRATION JUDGE

☑ This is a summary of the oral decision entered on 05/01/2026. The oral decision in this case is the official opinion, and the immigration court issued this summary for the convenience of the parties.
☐ Both parties waived the issuance of a formal oral decision in this proceeding.

### I. Removability

The immigration court found Respondent ☑ removable ☐ inadmissible under the following Section(s) of the Immigration and Nationality Act (INA or Act): contained in the Notice to Appear

The immigration court found Respondent ☐ not removable ☐ not inadmissible under the following Section(s) of the Act:

### II. Applications for Relief

Respondent's application for:

A. Asylum/Withholding/Convention Against Torture

☑ Asylum was ☐ granted ☑ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☑ Withholding of Removal under INA § 241(b)(3) was ☐ granted ☑ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☑ Withholding of Removal under the Convention Against Torture was ☐ granted ☑ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☑ Deferral of Removal under the Convention Against Torture was ☐ granted ☑ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Respondent knowingly filed a frivolous application for asylum after notice of the consequences. *See* INA § 208(d)(6); 8 C.F.R. §1208.20

B. Cancellation of Removal



7

Uploaded on: 08/06/2026 at: 11:19:42 AM (Eastern Daylight Time) Base City: CHE

☐ Cancellation of Removal for Lawful Permanent Residents under INA § 240A(a) was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Cancellation of Removal for Nonpermanent Residents under INA § 240A(b)(1) was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Special Rule Cancellation of Removal under INA § 240A(b)(2) was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

C. Waiver

☐ A waiver under INA § was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

D. Adjustment of Status

☐ Adjustment of Status under INA § was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

E. Other

## III. Voluntary Departure

☐ Respondent's application for ☐ pre-conclusion voluntary departure under INA § 240B(a) ☐ post-conclusion voluntary departure under INA § 240B(b) was ☐ denied.

☐ Respondent's application for ☐ pre-conclusion voluntary departure under INA § 240B(a) ☐ post-conclusion voluntary departure under INA § 240B(b) was ☐ granted, and Respondent is ordered to depart by . The respondent must post a $ bond with DHS within five business days of this order. Failure to post the bond as required or to depart by the required date will result in an alternate order of removal to taking effect immediately.

☐ The respondent is subject to the following conditions to ensure his or her timely departure from the United States:

☐ Further information regarding voluntary departure has been added to the record.

☐ Respondent was advised of the limitation on discretionary relief, the consequences for failure to depart as ordered, the bond posting requirements, and the consequences of filing a post-order motion to reopen or reconsider:

If Respondent fails to voluntarily depart within the time specified or any extensions granted by the DHS, Respondent shall be subject to a civil monetary penalty as provided by relevant statute, regulation, and policy. *See* INA § 240B(d)(1). The immigration court has set
☐ the presumptive civil monetary penalty amount of $3,000.00 USD
☐ $ USD instead of the presumptive amount.
If Respondent fails to voluntarily depart within the time specified, the alternate order of removal shall automatically take effect, and Respondent shall be ineligible, for a period of 10 years, for voluntary departure or for relief under sections 240A, 245, 248, and 249 of the Act, to include cancellation of removal, adjustment of status, registry, or change of

nonimmigrant status. *Id.* If Respondent files a motion to reopen or reconsider prior to the expiration of the voluntary departure period set forth above, the grant of voluntary departure is automatically terminated; the period allowed for voluntary departure is not stayed, tolled, or extended. If the grant of voluntary departure is automatically terminated upon the filing of such a motion, the penalties for failure to depart under section 240B(d) of the Act shall not apply.

If Respondent appeals this decision, Respondent must provide to the Board of Immigration Appeals (Board), within 30 days of filing an appeal, sufficient proof of having posted the voluntary departure bond. The Board will not reinstate the voluntary departure period in its final order if Respondent does not submit timely proof to the Board that the voluntary departure bond has been posted.

In the case of conversion to a removal order where the alternate order of removal immediately takes effect, where Respondent willfully fails or refuses (1) to depart from the United States pursuant to the immigration court's order, (2) to make timely application in good faith for travel or other documents necessary to depart the United States, (3) to present themselves at the time and place required for removal by the DHS, or (4) conspires to or takes any action designed to prevent or hamper their departure pursuant to the order of removal, Respondent shall be subject to a civil monetary penalty for each day Respondent is in violation, pursuant to INA § 274D and 8 C.F.R. § 280.53(b)(14). If Respondent is removable pursuant to INA § 237(a), then Respondent shall be further fined and/or imprisoned for up to 10 years. See INA § 243(a)(1). Further, any Respondent that has been denied admission to, removed from, or has departed the United States while an order of exclusion, deportation, or removal is outstanding and thereafter enters, attempts to enter, or is at any time found in the United States shall be fined or imprisoned not more than two years, or both. 8 U.S.C. § 1326(a).

**IV. Removal**

☑ Respondent was ordered removed to Haiti

☐ In the alternative, Respondent was ordered removed to

☐ Respondent was advised of the penalties for failure to depart pursuant to the removal order:

> If Respondent is subject to a final order of removal and willfully fails or refuses (1) to depart from the United States pursuant to the immigration court's order, (2) to make timely application in good faith for travel or other documents necessary to depart the United States, (3) to present themselves at the time and place required for removal by the DHS, or (4) conspires to or takes any action designed to prevent or hamper their departure pursuant to the order of removal, Respondent shall be subject to a civil monetary penalty for each day Respondent is in violation, pursuant to INA § 274D and 8 C.F.R. § 280.53(b)(14). If Respondent is removable pursuant to INA § 237(a), then Respondent shall be further fined and/or imprisoned for up to 10 years. See INA § 243(a)(1). Further, any Respondent that has been denied admission to, removed from, or has departed the United States while an order of exclusion, deportation, or removal is outstanding and thereafter enters, attempts to enter, or is at any time found in the United States shall be fined or imprisoned not more than two years, or both. 8 U.S.C. § 1326(a).

**V. Other**

☐ Proceedings were ☐ dismissed ☐ terminated with prejudice
☐ terminated without prejudice ☐ administratively closed.

☐ Respondent's status was rescinded under INA § 246.

☐ Other:



Immigration Judge: Dubuc, Luciana 05/01/2026

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ | waived | ☐ | reserved |
| | Respondent: | ☐ | waived | ☑ | reserved |
| Appeal Due: | 06/01/2026 | | | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : DELMYR, ZLATAN | A-Number : 234-960-625

Riders:

Date: 05/05/2026 By: Files, Liam, Court Staff

THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT
OF YOUR
RECORD REQUEST FOR FBI/JA859W9T3. INDIVIDUAL'S RECORD WILL B
E
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING
SOURCES:
FBI - FBI/JA859W9T3
MASSACHUSETTS - STATE ID/MA30011028
END

[redacted]

TXT
********************* CRIMINAL HISTORY RECORD ***********
************

*************************** Introduction ***************
************

This rap sheet was produced in response to the following req
uest:

The information in this rap sheet is subject to the followin
g caveats:

************************** IDENTIFICATION ***************
************

Subject Name(s)

DELMY, ZLATAN WAD ERNESTO
DELMYR, ZLATAN (AKA)
DELMYR, ZLATAN WAD (AKA)
DELMYR, ZLATAN WAD ERNESTO (AKA)
FELIX, BRANDON (AKA)
UNKNOWN, X (AKA)

Subject Description

| FBI Number | State Id Number |
|---|---|
| JA859W9T3 | MA30011028 (MA) |

Social Security Number
757937552

Miscellaneous Numbers

| | |
|---|---|
| 234960625 | AR |
| 1322805880 | FN |

| Sex | Race |
|---|---|
| Male | Black |

| Height | Weight | Date of Birt h |
|---|---|---|
| 5'09" | 210 | 2007-07-21 |
| | | 1920-01-01 |

```
Hair Color                Eye Color                 Fingerprint
Pattern
Black                     Brown                     WURSRSWUWUWU
WULSWUWU (Other)


Place of Birth            Citizenship
Haiti                     Unknown
                          Haiti


Photo Images
Available Image                 Other
Capture Date                      2026-01-19
(No Photo Image Transmitted
Comment:BSI: 40634062586)


**************************  CRIMINAL HISTORY  **************
************

=============================== Cycle 001 ==================
============
Earliest Event Date       2026-01-19
------------------------------------------------------------
------------
Arrest Date               2026-01-19
Arrest Case Number        10661486278
Arresting Agency          MAICE0400 ICE/ERO BOSTON FLD O
Subject's Name            DELMYR,ZLATAN WAD ERNESTO
Charge                    1
        Charge Literal    237A1B NONIMMIGRANT OVERSTAY
              Severity    Unknown
*************************  INDEX OF AGENCIES  **************
************

Agency                    ICE/ERO BOSTON FLD O; MAICE0400;


* * * END OF RECORD * * *

CR.MAIII0000
12:53 04/29/2026 98613
12:53 04/29/2026 31767 VTICE1967
*WWWXBZRZPF
TXT
HDR/2L01WWWXBZRZPF
ATN/BPOLTIE
**********************  CRIMINAL HISTORY RECORD  ***********
************

Data As Of                2026-04-29

****************************  Introduction  ****************
************

This rap sheet was produced in response to the following req
uest:

FBI Number                JA859W9T3
```

Purpose Code C
Attention [redacted]

The information in this rap sheet is subject to the followin
g caveats:

*************************** IDENTIFICATION ***************
************

Subject Name(s)

DELMYR, ZLATAN
DELMYR, ZLATAN (AKA)
DELMYR, ZLATAN (AKA)
FELIX, BRANDON (AKA)
DELMYR, ZLATAN WAD (AKA)

Subject Description

State Id Number
MA30011028 (MA)
MA30011028 (MA)
MA30011028 (MA)
MA30011028 (MA)

Social Security Number
757937552
757937552

| Sex | Race |
|---|---|
| Male | Black |
| Male | Black |
| Male | Black |
| Male | Black |

| Height<br>h | Weight | Date of Birt |
|---|---|---|
| 5'11" (2025-07-12) | 195 (2025-07-12) | 2007-07-21 |
| 5'08" (2025-12-28) | 160 (2025-12-28) | 2007-07-21 |
| 5'11" (2026-01-14) | 175 (2026-01-14) | 2007-07-21 |
| 5'11" (2026-01-18) | 180 (2026-01-18) | 2007-07-21 |

| Hair Color | Eye Color |
|---|---|
| Black (2025-07-12) | Brown (2025-07-12) |
| Brown (2025-12-28) | Brown (2025-12-28) |
| Black (2026-01-14) | Brown (2026-01-14) |
| Black (2026-01-18) | Brown (2026-01-18) |

Place of Birth
HAITI HAITI NEW YORK
UNITED
STATES
Employment
Employment as of 2025-07-12
Occupation STUDENT
Employer MALDEN HIGH SCHOOL, 77 SALEM STREET,
MALDEN

```
Residence
Residence as of         2025-07-12
                        175, 125 WASHINGTON AVENUE, REVERE,
MA, US

Residence as of         2025-12-28
                        109 WHITTENTON ST  TAUNTON MA 02780

Residence as of         2026-01-14
                        88 MAPLE ST,MALDEN,MA,02148

Residence as of         2026-01-18
                        109 WHITTENTON ST,TAUNTON,MA,02780


Photo Images
Available Image               Mugshot
Capture Date                    2025-07-12
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Identification
Capture Date                    2025-12-28
(No Photo Image Transmitted
Comment:Face - Left)
Available Image               Mugshot
Capture Date                    2025-12-28
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2026-01-14
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Identification
Capture Date                    2026-01-18
(No Photo Image Transmitted
Comment:Face - Right)
Available Image               Mugshot
Capture Date                    2026-01-18
(Transmitted Image Suppressed:
  Type: Format: Size:K  Comment:Face - Front)
Available Image               Identification
Capture Date                    2026-01-18
(No Photo Image Transmitted
Comment:Face - Left)


**************************  CRIMINAL HISTORY  **************
************

=============================== Cycle 001 ==================
============
Earliest Event Date     2025-07-12
------------------------------------------------------------
------------
Arrest Date             2025-07-12
Arresting Agency         BOSTON PD
Subject's Name          DELMYR, ZLATAN
        Charge Literal  SHOPLIFTING - $50 TO $200
              Severity  Unknown
        Charge Literal  ASSAULT AND BATTERY (INJURIES)
```

```
============================== Cycle 002 ==================
============
Earliest Event Date     2025-12-28
-----------------------------------------------------------
------------
Arrest Date             2025-12-28
Arresting Agency         MALDEN PD
Subject's Name          DELMYR, ZLATAN
        Charge Literal  MOTOR VEH, RECEIVE STOLEN C266 S28
(A)
              Severity  Unknown
============================== Cycle 003 ==================
============
Earliest Event Date     2026-01-14
-----------------------------------------------------------
------------
Arrest Date             2026-01-14
Arresting Agency         BRAINTREE PD
Subject's Name          FELIX, BRANDON
        Charge Literal  SHOPLIFTING BY CONCEALING MDSE
              Severity  Unknown

-----------------------------------------------------------
------------
Court Disposition        (Cycle 003)
        Charge Literal  SHOPLIFTING BY CONCEALING MDSE C266
S30A
              Severity  Unknown
           Disposition  ( 2026-04-21; DISMISSED - REQUEST OF
                        COMMONWEALTH)
        Charge Literal  RESIST ARREST C268 S32B
              Severity  Unknown
           Disposition  ( 2026-04-21; DISMISSED - REQUEST OF
                        COMMONWEALTH)
        Charge Literal  FALSE ID INFORMATION, ARRESTEE FURNI
SH TO LAW
                        ENFORCEMENT C268 S34A
              Severity  Unknown
           Disposition  ( 2026-04-21; DISMISSED - REQUEST OF
                        COMMONWEALTH)
============================== Cycle 004 ==================
============
Earliest Event Date     2026-01-18
-----------------------------------------------------------
------------
Arrest Date             2026-01-18
Arresting Agency         MBTA PD
Subject's Name          DELMYR, ZLATAN WAD
        Charge Literal  ROBBERY, UNARMED C265.19(B)
              Severity  Unknown
************************  INDEX OF AGENCIES  **************
************

Agency                  BOSTON PD; ;

-----------------------------------------------------------
------------
Agency                  MALDEN PD; ;

-----------------------------------------------------------
```

Agency BRAINTREE PD; ;

------------------------------------------------------------------------

Agency MBTA PD; ;

* * * END OF RECORD * * *
* * * END OF RECORD * * *

Uploaded on: 08/06/2026 at 12:13:28 PM (Eastern Daylight Time) Base City: CHE

Ronald Seely
Chief Counsel
ACC NAME
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
John F. Kennedy Federal Building, Room 425
Government Center
Boston, MA 02203
(617) 565-3140

Detained

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**BOSTON, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br><br>DELMYR, ZLATAN<br><br>In Removal Proceedings | File No. 234960625 |

Immigration Judge: Frames, Kathryn

Next Hearing Date: 8/6/2026 1:00 PM

**DEPARTMENT OF HOMELAND SECURITY'S**
**EVIDENCE SUBMISSION**

1. I 213
2. MA Criminal History
3. Quincy Docket and Police report
4. Chelsea Docket and Police report

Date: August 6, 2026

Respectfully submitted,

Mary Kelley

Mary Kelley
Assistant Chief Counsel
Mary A. Young
Chief Counsel

U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Uploaded on: 08/06/2026 at 12:13:28 PM (Eastern Daylight Time) Base City: CHI

DELMYR, ZLATAN
234960625

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on August 6, 2026, I served the foregoing document and any attachments:

☐ by placing a true copy thereof in a sealed envelope, with postage thereon to be fully prepaid by normal government process and causing the same to be mailed by first class mail to the person at the address set forth below;

☐ by causing to be personally delivered a true copy thereof to the person at the address set forth below;

☐ by FEDERAL EXPRESS / AIRBORNE EXPRESS to the person at the address set forth below; or

☒ by eService, telefaxing, or email with acknowledgment of receipt to the person at the address set forth below.

Date: August 6, 2026

Mary Kelley

Mary Kelley
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

U.S. Department of Homeland Security    Subject ID : 401293717

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS) / First / Middle | DELMYR, ZLATAN WAD ERNESTO |
| Country of Citizenship | HAITI |
| Passport Number and Country of Issue | |
| File Number | BOS2601000671<br>234 960 625 |
| U.S. Address | 109 WHITTENTON ST TAUNTON, MASSACHUSETTS, 02780, |
| Date, Place, Time, and Manner of Last Entry | 07/18/2020 Unknown Time, JFK, B2-Visitor For Pleasure |
| Passenger Boarded at | See Narrative |
| Number, Street, City, Province (State) and Country of Permanent Residence | HAITI |
| Date of Birth | 07/21/2007 Age: 18 |
| Date of Action | 01/19/2026 |
| Location Code | BOS/BOS |
| City, Province (State) and Country of Birth | HAITI |
| AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Date Visa Issued | |
| Social Security Number | |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | DRK |
| Height | 71 |
| Weight | 180 |
| Occupation | UNR |
| Scars and Marks | |
| F.B.I. Number | JA859W9T3 |
| ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | |
| Method of Location/Apprehension | NCA |
| At/Near | See I-831 |
| Date/Hour | 01/19/2026 00:51 |
| By | BRYAN MCCARTHY |
| Status at Entry | |
| Status When Found | |
| Length of Time Illegally in U.S. | |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | See Narrative |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | None |
| Father's Name, Nationality, and Address, if Known | |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? ☒ Yes ☐ No | |
| Systems Checks | See Narrative |
| Charge Code Words(s) | See Narrative |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | Unemployed or Retired |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1322805880    Left Index fingerprint    Right Index fingerprint







Family Information
-------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Spouse:Subject is not married.
Child:Subject does not have children or dependents.

IMMIGRATION RECORD
-------------------
History was expected but not provided ...(CONTINUED ON I-831)

Alien has been advised of communication privileges 1/20/26 [initials] (Date/Initials)

BRYAN MCCARTHY
Deportation Officer [signature]
(Signature and Title of Immigration Officer)

Distribution:

T-File

Received: (Subject and Documents) (Report of Interview)

Officer: BRYAN MCCARTHY

on: January 19, 2026 (time)

Disposition: Warrant of Arrest/Notice to Appear

Examining Officer: DURDEN, A 3707 [signature]

Form I-213 (Rev. 08/01/07)

EOIR — 4 of 18

**U.S. Department of Homeland Security** **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DELMYR, ZLATAN WAD ERNESTO | 234 960 625<br>Event No: BOS2601000671 | 01/19/2026 |

Subject Health Status
----------------------
The subject claims good health.

Current Administrative Charges
-------------------------------
01/19/2026 - 237a1B - NONIMMIGRANT OVERSTAY

BOARDED AT
-----------
PORT AU PRINCE, HAITI

RECORDS CHECKED
----------------
TECS checked on 01/19/2026 with Positive result.NCIC checked on 01/19/2026 with Positive result.CIS checked on 01/19/2026 with Positive result.CLAIM checked on 01/19/2026 with Negative result.EARM checked on 01/19/2026 with Positive result.IAFIS checked on 01/19/2026 with Positive result.

Arrested At/Near
-----------------
MBTA Police 240 Southampton Street Boston MA 02118 USA

Record of Deportable/Excludable Alien:
---------------------------------------
ENCOUNTER:
The subject DELMYR ZLATAN hereinafter referred to as DELMYR, came to the attention of ERO Boston Secure Communities Interoperability Program due to his January 19, 2026, arrest by the MBTA Police MA30011028.
MBTA Police Department for the offense of unarmed robbery. DELMYR's fingerprints were electronically submitted to the Department of Justice, National Crime Information Center/ Next Generation Identification System and Department of Homeland Security/ICE databases indices including CIS, CLAIMS, PCQS, CCDI, EARM, ENFORCE, NCIC, and IDENT. The Pacific Enforcement Response Center (PERC) received an Immigration Alien Response (IAR) from the U.S. Immigration and Customs Enforcement (ICE), Law Enforcement Support Center (LESC) and notified ERO Boston via the Alien Criminal Response Information Management System (ACRIMe) that DELMYR is a biometric match to A# 234-960-625 a citizen and national of Haiti. Upon review, it was determined that the DELMYR is amenable to ICE enforcement action. Forms I-247, Immigration Detainer Notice of Action, and I-200, Warrant of Arrest, were lodged with the MBTA Police Department.
DELMYR, aka: DELMY, Zlatan Wad Ernesto legally entered the United States on July 18,2020 at Queens, New York as a B2, visitor for pleasure, with authorization to remain in the United States until January 17, 2021. DELMYR failed to depart the United States. DELMYR is amenable to removal under section 237(a)(1)B) of the Immigration and Nationality Act (INA).
ARREST:
On January 19, 2026, Officer Fils-Aime and McCarthy of the ICE/ERO BFO SC Team responded to the MBTA Police department. Upon DELMYR's release from state custody, I and Officer McCarthy approached DELMYR in the lobby of the police station stated that we are officers of Immigration Officers and asked his name, to which he responded "DELMYR ZLATAN". In accordance with the issued Form I-200, Warrant of Arrest, I informed DELMYR that he was under arrest for violating U.S. Immigration Laws. DELMYR resists with the intention to flee from being arrested. I, Officer Fils-Aime and McCarthy assisted DELMYR to the ground and placed in full restraints, handcuffs double locked. DELMYR was placed in the rear of Officer McCarthy's government vehicle and transported without incident to the Boston Field Office. I interviewed DELMYR and asked him several questions concerning his immigration status, entry

| Signature | Title |
|---|---|
| BRYAN MCCARTHY [signature] | Deportation Officer |





Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security** **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DELMYR, ZLATAN WAD ERNESTO | 234 960 625<br>Event No: BOS2601000671 | 01/19/2026 |

into the United States and criminal history. DELMYR stated that he knew that he overstayed his visa and his lengthy criminal history.

ALIENAGE:

DELMYR claimed that he was born in Haiti and he is a citizen of Haiti. DELMY, Zlatan Wad Ernesto legally entered the United States on July 18,2020 at Queens, New York as a B2, visitor for pleasure, with authorization to remain in the United States until January 18, 2021. DELMYR failed to depart the United States. A search of the following indices has indicated DELMYR has TPS application pending final hold.
DERIVATIVE CITIZENSHIP DATA:
DELMYR claimed that his mother and father have no pending applications for a benefit under the Immigration & Nationality Act and makes no claim to derivative citizenship in the United States. A search of the following indices has provided no further information regarding DELMYR, his parents and any and a potential claim to United States Citizenship: CIS, CLAIMS, EARM, ENFORCE, NCIC, IDENT, and PCQS.

IMMIGRATION HISTORY:

DELMYR, Zlatan Wad Ernesto legally entered the United States on July 18,2020 at Queens, New York as a B2, visitor for pleasure, with authorization to remain in the United States until January 18, 2021. DELMYR failed to depart the United States.
On December 12, 2025, filed for TPS and Withholding of Removal, with United States Citizen and Immigration Services (USCIS). The application is pending.
On January 18, 2026, the Pacific Enforcement Response Center (PERC) notified ERO Boston through the ACRIMe database that MBTA Police department arrested DELMYR for robbery. Forms I-247, Immigration Detainer Notice of Action, and I-200, Warrant of Arrest, were lodged with the MBTA Police department. The detainer was honored and DELMYR was released to our custody.
On January 19, 2026, ERO Boston arrested DELMYR and served him Forms I-200, Warrant of Arrest, I-862, Notice to Appear, and a list of Pro Bono Service Providers. DELMYR will remain in ICE custody pending his hearing before an immigration judge.

CRIMINAL HISTORY:
FBI NUMBER: JA859W9T3
MA STATE ID: MA30011028
Arrest Date: 2025-07-12 Boston PD
SHOPLIFTING - $50 TO $200
ASSAULT AND BATTERY (INJURIES)
Arrest Date: 2025-12-28 MALDEN PD
MOTOR VEH, RECEIVE STOLEN C266 S28(A)
Arrest Date: 2026-01-14 BRAINTREE PD
SHOPLIFTING BY CONCEALING MDSE
Arrest Date: 2026-01-18 MBTA PD
ROBBERY, UNARMED C265.19(B)

GANG / TERRORIST AFFILIATION:
There is no evidence to suggest any gang affiliation. DELMYR does not claim to have any gang affiliation.
CREDIBLE / REASONABLE FEAR:
DELMYR, claims fear of returning to Haiti.

MILITARY SERVICE:
DELMYR makes no claim to prior service in any branch of the U. S. Military.

CHILD CARE/CUSTODY ISSUE:
DELMYR has no children.

| Signature | Title |
|---|---|
| BRYAN MCCARTHY [signature] | Deportation Officer |

EOIR – 6 of 18

3 of 4 Pages

U.S. Department of Homeland Security

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DELMYR, ZLATAN WAD ERNESTO | 234 960 625<br>Event No: BOS2601000671 | 01/19/2026 |

MEDICAL HISTORY:
DELMYR claimed to have no known medical conditions and is not prescribed any medications at the time of arrest.

IDENTITY DOCUMENTS:
was not in possession of any Haitian identity documents but claimed to have a passport at his residence.

Other Identifying Numbers
--------------------------
ALIEN-234960625
Other Biometric-1322805880
State Criminal Number/State Bureau Number-MA30011028 (UNITED STATES)
Arrival-Departure Record-537269628A2

| Signature | Title |
|---|---|
| BRYAN MCCARTHY [signature] | Deportation Officer |

4 of 4 Pages

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# NNSV Query Result

08/06/2026 11:52 EDT Generated By: KEITH RAYMOND 

| REQUEST | | |
|---|---|---|
| **Request Message Detail** | **Date and Time** | **Seq** |
| FQ.MAICE01T0.MA.*NN10621704.TXT PUR/C.ATN/RAYMOND, KEITH.SID/MAP5709058 | 08/06/2026 11:52:36 | 10621704 |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 08/06/2026 11:52:37 | Acknowledged |

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**



```
FR.MASIR0000
08:52 08/06/2026 28768
08:52 08/06/2026 83413 MAICE01T0
*NN10621704
TXT
PUR/C.ATN/RAYMOND, KEITH.SID/MAP5709058
THIS RECORD IS BASED ONLY ON THE PCF NUMBER IN YOUR REQUEST-
PCF/5709058



THE FOLLOWING IS NONFINGERPRINT SUPPORTED DATA BASED ON YOUR PCF REQUEST.

********************************************************************************
*                                                                              *
*                   ******* WARNING ******** WARNING ********                  *
*                                                                              *
*      THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.         *
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
*OF THE PERSON REQUESTED.                                                      *
*                                                                              *
********************************************************************************

            **********    COMMONWEALTH OF MASSACHUSETTS    **********
               DEPARTMENT OF CRIMINAL JUSTICE INFORMATION SERVICES

                          *** PERSONS COURT SUMMARY ***

NAM: DELMYR, ZLATAN                FORMAL-NAM: ZLATAN           PCF: 00005709058
DOB: 07/21/07   SEX: M  RAC: B       POB:                       SSN: 757937552
MOM:CHRISTELLE          POP:YDRIX DELMYR    HGT: 511 WGT: 180 HAI: BLK EYE: BRO
ADDRESS: 109 WHITTENTON ST, TAUNTON, MA

COMMENTS:


***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

ARRAIGNMENT: (0001)
  ARG-DATE: 01/20/26 PD: MTA COURT: CHELSEA DISTRICT        DKT#:  2614CR000098A
  OFF:  CONSPIRACY                                         CONSP
  STATUS: C   WPD:      WDT:
  DISP: WAR 2/26/26 WAR W/D PTCOR-A 6/3/26 JT 6/25/26 DISM

ARRAIGNMENT: (0002)
  ARG-DATE: 01/20/26 PD: MTA COURT: CHELSEA DISTRICT        DKT#:  2614CR000098B
  OFF:  ATTEMPT TO COMMIT CRIME        FELONY              ATT COM CRIME
  STATUS: C   WPD:      WDT:
  DISP: WAR 2/26/26 WAR W/D PTCOR-A 6/3/26 JT 6/25/26 DISM

ARRAIGNMENT: (0003)
  ARG-DATE: 01/15/26 PD: BRA COURT: QUINCY DISTRICT         DKT#:  2656CR000163A
  OFF:  SHOPLIFTIN                     CONCEALING MDSE     SHOPLIFT
  STATUS: C   WPD:      WDT:
  DISP: C 4/21/26 DISM

ARRAIGNMENT: (0004)
  ARG-DATE: 01/15/26 PD: BRA COURT: QUINCY DISTRICT         DKT#:  2656CR000163B
  OFF:  RESISTING ARREST                                   RESIST ARST
  STATUS: C   WPD:      WDT:
  DISP: C 4/21/26 DISM

ARRAIGNMENT: (0005)
  ARG-DATE: 01/15/26 PD: BRA COURT: QUINCY DISTRICT         DKT#:  2656CR000163C
  OFF:  GV FLS ADDR W/I HINDER PO DUTY                     FLS ADDR HIND PO
  STATUS: C   WPD:      WDT:
  DISP: C 4/21/26 DISM

***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

REQUESTED BY: RAYMOND, KEITH
COMPLETED BY: RAYMOND, KEITH
      AGENCY:
```

EOIR — 9 of 18

Uploaded on: 08/06/2026 at 12:13:28 PM (Eastern Daylight Time) Base City: CHE

| CRIMINAL DOCKET | DOCKET NUMBER 2614CR000098 | NO. OF COUNTS 2 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
|---|---|---|---|
| Zlatan Delmyr<br>109 WHITTENTON STREET<br>Taunton, MA 02780 | 07/21/2007 | Male | Chelsea District Court<br>120 Broadway<br>Chelsea, MA 02150 |
| | DATE COMPLAINT ISSUED 01/20/2026 | | |
| | PRECOMPLAINT ARREST DATE 01/18/2026 | | INTERPRETER REQUIRED |

FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 274/7 | CONSPIRACY c274 §7 | 01/18/2026 |
| 2 | 274/6/A | ATTEMPT TO COMMIT CRIME, FELONY c274 §6 | 01/18/2026 |

3/16/26 O/C CRAIG HIGGINS

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| ~~Lemoie~~ | Revere | MBTA POLICE |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED 6/25/26 |
|---|---|---|---|
| Foster 2/26/26 | [x] Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | 2/26/26 | Counsel Fee (211D § 2A¶2) $ 150 — [x] WAIVED |
| | | | Counsel Contribution (211D § 2) $ ☐ WAIVED |
| | Terms of release set: [x] ~~PR~~ ☐ ~~Bail~~ 100 cash w/ out prej.<br>[x] See Docket for special condition<br>☐ Held (276 §58A) | | Default Warrant Fee (276 § 30¶1) $ ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2) $ ☐ WAIVED |
| | **Arraigned and advised:**<br>[x] Potential of bail revocation (276 §58B)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 56A | | Probation Supervision Fee (276 § 87A) $ ☐ WAIVED |
| | | | Bail Order Forfeited |
| | **Abuse Allegation:**<br>☐ C276 § 56A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 56A found<br>☐ No allegation of abuse under C276 § 56A found | | **Advised of right to jury trial:**<br>☐ Waiver of jury found after colloquy<br>☐ Does not waive |
| | | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) |
| | | | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) |

SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/ STOP |
|---|---|---|---|---|---|
| 1 | 01/20/2026 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd DFTA | Mugan | |
| 2 | 2/26/26 | Arr'n | [x] Held ☐ Not Held but Event Resolved ☐ Cont'd | Foster | (1) |
| 3 | 3/4/26 | PTH (4) | ☐ Held ☐ Not Held but Event Resolved [x] Cont'd Zoom Mitt ICE custody | | |
| 4 | 3-31-26 | PTH (4) | [x] Held ☐ Not Held but Event Resolved ☐ Cont'd Zoom Mitt Ice Custody | | |
| 5 | 4/28/26 | C4E | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd (Zoom) | | |
| 6 | 6-3-26 | C4E (4) | [x] Held ☐ Not Held but Event Resolved ☐ Cont'd Zoom Mitt / HABE Plymouth ICE | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd B/100 cash. | | |
| 8 | 6-25-26 | JTR (4) | ☐ Held [x] Not Held but Event Resolved ☐ Cont'd Transpo Mitt / HABE | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd B/100 cash / | Plymouth | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | I-C-E | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment PTH = Pretrial hearing DCE = Discovery compliance & jury selection BTR = Bench trial JTR = Jury trial PCH = Probable cause hearing MOT = Motion hearing SRE = Status review
SRP = Status review of payments FAT = First appearance in jury session SEN = Sentencing CWF = Continuance-without-finding scheduled to terminate PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted WAR = Warrant Issued WARD = Default warrant issued WR = Warrant or default warrant recalled PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|
| | X | | |

# CRIMINAL DOCKET - OFFENSES

DEFENDANT NAME: Zlatan Delmyr

DOCKET NUMBER: 2614CR000098

COUNT / OFFENSE: 1 CONSPIRACY c274 §7

DISPOSITION DATE AND JUDGE: Foster 6/25/26

DISPOSITION METHOD
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☒ Dismissed upon:
☐ Request of Commonwealth ☐ Request of Victim
☐ Request of Defendant ☒ Failure to prosecute
☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| | | | | |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| | | | | |

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
☐ Risk/Need or OUI ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

FINDING
☐ Guilty ☐ Not Guilty
☐ Responsible ☐ Not Responsible
☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

COUNT / OFFENSE: 2 ATTEMPT TO COMMIT CRIME, FELONY c274 §6

DISPOSITION DATE AND JUDGE: Foster 6/25/26

DISPOSITION METHOD
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☒ Dismissed upon:
☐ Request of Commonwealth ☐ Request of Victim
☐ Request of Defendant ☒ Failure to prosecute
☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| | | | | |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| | | | | |

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
☐ Risk/Need or OUI ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

FINDING
☐ Guilty ☐ Not Guilty
☐ Responsible ☐ Not Responsible
☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

COUNT / OFFENSE

DISPOSITION DATE AND JUDGE

DISPOSITION METHOD
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
☐ Request of Commonwealth ☐ Request of Victim
☐ Request of Defendant ☐ Failure to prosecute
Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| | | | | |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| | | | | |

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
☐ Risk/Need or OUI ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

FINDING
☐ Guilty ☐ Not Guilty
☐ Responsible ☐ Not Responsible
☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Zlatan Delmyr | DOCKET NUMBER 2614CR000098 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 2/26/26 | (M) for protective order filed - ALLOWED |
| | S/A N/C N/A S/A CO-A. (Foster) |
| 3/20/26 | ATTY CRAIG HIGGINS Files APP. [illegible] |
| 3/31/26 | $100 COSTS [illegible] |
| | |
| | |
| 6/23/26 | all monies waived <Foster> |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment PTH = Pretrial hearing DCE = Discovery compliance & jury selection BTR = Bench trial JTR = Jury trial PCH = Probable cause hearing MOT = Motion hearing SRE = Status review
SRP = Status review of payments FAT = First appearance in jury session SEN = Sentencing CWF = Continuance-without-finding scheduled to terminate PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted WAR = Warrant issued WARD = Default warrant issued WR = Warrant or default warrant recalled PVH = probation revocation hearing.

Uploaded

# MBTA TRANSIT POLICE DEPARTMENT
## INCIDENT REPORT

Redacted

Case No. 20260000221A
Supp No. 000

r3. Additional Reports: ☒ Arrest Report ☐ Complaint App ☐ Accident ☐ Bias ☐ Domestic ☐ Stolen Bike ☐ Juvenile Involved ☐ Drugs Involved ☐ Alchohol Involved ☐ Gang Involved ☐ Prints ☒ Video ☐ Photos | Adults | Juveniles

| r7. Incident | Cnts | Offense Code | r10. Reported Date | r11. Time | r12. Day |
|---|---|---|---|---|---|
| ROBBERY ATTEMPT, UNARM | 1 | 3946 | 01/18/2026 | 1609 | SUN |
| | | | r13. Occrd From Date: 01/18/2026 | r14. Time: 1533 | r15. Day: SUN |
| | | | r16. Occrd To Date: 01/18/2026 | r17. Time: 1614 | r18. Day: SUN |

| r20. Reporting Officer 1, I.D. | r21. Reporting Officer 2, I.D. |
|---|---|
| JARAMILLO, KENNY 1021 | |

| r20. Location of Occurence | r21. Area | r21. Line | r22. County | r23. City | r24. Bus Li |
|---|---|---|---|---|---|
| 300 SQUIRE RD | | BUSES | SUFFOLK | REVERE | 3314 |

| r25. Reporting Person | r26. Phone | r27. How Received | r28. Status |
|---|---|---|---|
| , BUS OPS | | DISP, SURF | CLEARED ADULT ARR |

| r29. Reporting Person Address | r30. Weather | r31. Weapon / Tools |
|---|---|---|
| | | |

| r32. Unit | Officer 1 | Officer 2 | Received | Dispatched | Arrived | Cleared |
|---|---|---|---|---|---|---|
| B218 | JARAMILLO, KENNY | | 1609 | 1614 | 1614 | 1905 |

### COMPLAINANT / VICTIM

| n0. Name Type | n1. PCF No. | n2. Last Name / Business / State of... | n3. First Name | n4. Middle Name |
|---|---|---|---|---|
| VICTIM | | [redacted] | [redacted] | [redacted] |

| n5. Race | n6. Sex | n7. Age | n8. Date of Birth | n9. Place of Birth - City, State | n10. Soc Sec No. | n11 Operator's License No. | n12 State |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | [redacted] | | [redacted] |

| n13 Height | n14 Weight | n15 Build | n16 Complexion | n17 Eyes | n18 Hair | n19. Facial Hair | n20. Marital Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

VICTIM ROBBERY ATTEMPT, UNARM

n27. Residence Address 1: [redacted]
n28. Phone: [redacted]

### DEFENDANTS

| n0. Name Type | n1. PCF No. | n2. Last Name / Business / State of... | n3. First Name | n4. Middle Name |
|---|---|---|---|---|
| ARRESTEE (NI | 5709058 | DELMYR | ZLATAN | |

| n5. Race | n6. Sex | n7. Age | n8. Date of Birth | n9. Place of Birth - City, State | n10. Soc Sec No. | n11 Operator's License No. | n12 State |
|---|---|---|---|---|---|---|---|
| B | M | 18 | 07/21/2007 | | 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 | SA0972794 | |

| n13 Height | n14 Weight | n15 Build | n16 Complexion | n17 Eyes | n18 Hair | n19. Facial Hair | n20. Marital Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ARRESTEE (NEW CHARGE ROBBERY ATTEMPT, UNARM

n27. Residence Address 1: 109 WHITTENTEN ST TAUTON MA 02780
n28. Phone:

| n0. Name Type | n1. PCF No. | n2. Last Name / Business / State of... | n3. First Name | n4. Middle Name |
|---|---|---|---|---|
| ARRESTEE (NI | | ANDRE | BRANLY | |

| n5. Race | n6. Sex | n7. Age | n8. Date of Birth | n9. Place of Birth - City, State | n10. Soc Sec No. | n11 Operator's License No. | n12 State |
|---|---|---|---|---|---|---|---|
| B | M | 18 | 12/20/2007 | | | | |

| n13 Height | n14 Weight | n15 Build | n16 Complexion | n17 Eyes | n18 Hair | n19. Facial Hair | n20. Marital Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ARRESTEE (NEW CHARGE ROBBERY ATTEMPT, UNARM

n27. Residence Address 1: 34 MAIN ST APT 47 MALDEN MA 02148
n28. Phone:

| f1. Submitted By Officer, I.D. | f2. Approving Officer's Name, I.D. | Page |
|---|---|---|
| JARAMILLO, KENNY 001021 | CRUZ, JEFFREY A 000834 | 001 |

NCD 5001 Rev. 08/19

| c1. Case No. | c2. Supp No. | | c10. Reported Date | c11. Time |
|---|---|---|---|---|
| 20260000221A | 000 | | 01/18/2026 | 1609 |

## VEHICLES / PROPERTY

| v1. Vehicle Type | v2. Make | v3. Model | v4. Style | v5. Type | v6. Color |
|---|---|---|---|---|---|
| MATERIAL TO OFFENSE | NFLY | XDE | BU | BUS | WHI |

| v7. License No. | v8. State | v9. Veh. Year | v10. VIN No. | v11. |
|---|---|---|---|---|
| MBT3314 | MA | 2023 | 5FYH8FR11PF107074 | |

| v12. Value | v13. Value Recovered | v14. OCA Active | v15. OCA Cancel | v16. Tracking No. | v17. Disposition |
|---|---|---|---|---|---|
| $0.00 | $0.00 | | | | |

| p1. Property Type | p2. Property Category | p3. Quantity | p4. Qty. Type |
|---|---|---|---|
| MATERIAL TO OFFENSE | WALLET-MENS | | |

| p5. Brand | p6. Model | p7. Color | p8. Caliber | p9. Serial No. or OAN |
|---|---|---|---|---|
| UNKNOWN | | BLK | | |

| p10. Value | p11. Value Recovered | p12. OCA Active | p13. OCA Cancel | p14. Tracking No. | p15. Disposition |
|---|---|---|---|---|---|
| $0.00 | $0.00 | | | | |

p20. Description

Mens wallet containing a Massachusetts ID card, Social Security card, and various miscellaneous papers.

## INVOLVED PERSONS

| n0. Name Type | n1. PCF No. | n2. Last Name / Business / State of... | n3. First Name | n4. Middle Name |
|---|---|---|---|---|
| MBTA OPERA | | SOUILMI | ISMAIL | |

| n5. Race | n6. Sex | n7. Age | n8. Date of Birth | n9. Place of Birth - City, State | n10. Soc Sec No. | n11. Operator's License No. | n12. State |
|---|---|---|---|---|---|---|---|
| | M | 40 | 05/29/1985 | | | | |

| n13. Height | n14. Weight | n15. Build | n16. Complexion | n17. Eyes | n18. Hair | n19. Facial Hair | n20. Marital Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

MBTA OPERATOR ROBBERY ATTEMPT, UNARM

| n27. Residence Address 1 | n28. Phone |
|---|---|
| 10 PARK PLAZA EMPLOYEE #576100 BOSTON MA 02116 | |

| n0. Name Type | n1. PCF No. | n2. Last Name / Business / State of... | n3. First Name | n4. Middle Name |
|---|---|---|---|---|
| MBTA INSPEC | | ECH-CHARKAOUI | MOHAMED | |

| n5. Race | n6. Sex | n7. Age | n8. Date of Birth | n9. Place of Birth - City, State | n10. Soc Sec No. | n11. Operator's License No. | n12. State |
|---|---|---|---|---|---|---|---|
| OT | M | 56 | 01/17/1970 | | | S44426116 | MA |

| n13. Height | n14. Weight | n15. Build | n16. Complexion | n17. Eyes | n18. Hair | n19. Facial Hair | n20. Marital Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

MBTA INSPECTOR ROBBERY ATTEMPT, UNARM

| n27. Residence Address 1 | n28. Phone |
|---|---|
| 10 PARK PLAZA EMPLOYEE #72584 BOSTON MA 02116 | (617) 222-5777 |

| n0. Name Type | n1. PCF No. | n2. Last Name / Business / State of... | n3. First Name | n4. Middle Name |
|---|---|---|---|---|
| OWNER | | MBTA | | |

| n5. Race | n6. Sex | n7. Age | n8. Date of Birth | n9. Place of Birth - City, State | n10. Soc Sec No. | n11. Operator's License No. | n12. State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| n13. Height | n14. Weight | n15. Build | n16. Complexion | n17. Eyes | n18. Hair | n19. Facial Hair | n20. Marital Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

OWNER ROBBERY ATTEMPT, UNARM

| n27. Residence Address 1 | n28. Phone |
|---|---|
| 10 PARK PLAZA BOSTON MA 02116 | (617) 222-3200 |

| n0. Name Type | n1. PCF No. | n2. Last Name / Business / State of... | n3. First Name | n4. Middle Name |
|---|---|---|---|---|
| OWNER | | ARROYO-VAZQUEZ | LEONARDO | |

| n5. Race | n6. Sex | n7. Age | n8. Date of Birth | n9. Place of Birth - City, State | n10. Soc Sec No. | n11. Operator's License No. | n12. State |
|---|---|---|---|---|---|---|---|
| | M | 33 | 07/07/1992 | | 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 | S1400307 | MA |

| n13. Height | n14. Weight | n15. Build | n16. Complexion | n17. Eyes | n18. Hair | n19. Facial Hair | n20. Marital Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

OWNER ROBBERY ATTEMPT, UNARM

| f1. Submitted By Officer, I.D. | | f2. Approving Officer's Name, I.D. | | Page |
|---|---|---|---|---|
| JARAMILLO, KENNY | 001021 | CRUZ, JEFFREY A | 000834 | 002 |

NCD 5001 Rev. 08/19

MBTA TRANSIT POLICE

| c1. Case No. | c2. Supp No. | | c10. Reported Date | c11. Time |
|---|---|---|---|---|
| 20260000221A | 000 | | 01/18/2026 | 1609 |

**INVOLVED PERSONS**

| n27. Residence Address 1 | n28. Phone |
|---|---|
| 5 MASON STREET EVERETT MA 02149 | |

**NARRATIVE**

1. On Sunday, January 18, 2026, at approximately 4:14 P.M., I, Officer Jaramillo (B218) was dispatched to 300 Squire Road, Revere, for a verbal dispute onboard MBTA Bus #3314 between a [redacted] and two male parties, regarding a wallet. Sergeant Cruz (BS834) and Officer Jimenez (B216) also responded.

2. Upon arrival, I made contact with MBTA Inspector Mohamed Ech-Charkaoui (Employee #72584), MBTA Operator Ismail Souilmi (Employee #576100) and the reporting party [redacted] stated, on todays date, [redacted] boarded bus #3314 at Square One Mall, Saugus. [redacted] explained when [redacted] sat down at the back of the bus [redacted] observed an unattended leather bi-fold wallet and took physical possession of it to return it to the driver, prior to exiting the bus. [redacted] stated, two black males that boarded at the same stop as [redacted] sat in [redacted] proximity and saw [redacted] take possession of the unattended wallet.

3. During the bus ride, [redacted] was on the phone with [redacted] and was speaking in Spanish. [redacted] overheard the two males who had observed [redacted] take possession of the wallet speak in English. It should be noted that [redacted] is fluent is in both Spanish and the English language. [redacted] stated, the males were sitting in close proximity to [redacted] where [redacted] could hear their conversation. [redacted] overheard the males say "you seen that", referring to [redacted] taking possession of the wallet. The males continued comments saying "when we get out we are going to take that shit", [redacted] stated the comments made [redacted] believe that the males were going to follow [redacted] to rob [redacted] stated, [redacted] was in fear that [redacted] was going to get robbed and did not exit at [redacted] intended bus stop. [redacted] explained when the bus arrived at the 300 Squire Road, bus stop, the bus driver announced it was the last stop and all passenger would need to exit the bus. [redacted] stated [redacted] remained in [redacted] seat to allow the two males to exit before [redacted] However the males did not exit and remained on the bus. The males then got up and cornered [redacted] at the back of the bus while [redacted] remained seated and stated to [redacted] to "get off the bus" and "why don't you get out". [redacted] stated, out of fear for [redacted] safety [redacted] yelled out to the bus operator for help and stated [redacted] had a wallet to turn in. MBTA Bus Operator Souilmi then contacted MBTA Bus Operations for police assistance. The two males exited the bus and [redacted] turned the wallet to the bus driver. [redacted] declined medical assistance and was not hurt from the incident. [redacted] reiterated that [redacted] was in fear for [redacted] safety and believed [redacted] would be robbed and wants to pursue this matter in court.

4. Sergeant Cruz obtained a statement from MBTA Operator Souilmi. Souilmi stated, that when he arrived at 300 Squire Rd., he told the passengers to disembark and heard a commotion at the back of the bus. Souilmi then observed two males cornering and standing over [redacted] he then heard [redacted] yell out to him for assistance stating that [redacted] had a wallet.

5. [redacted] stated, the two males were still on scene boarding another bus. [redacted] pointed out to two black males sitting on the back a different bus. I made contact with the two males, who were later identified as Zlatan Delmyr and Branly Andre. Sergeant Cruz read both Delmyr and Andre their Miranda rights from his MBTA Transit

| f1. Submitted By Officer, I.D. | | f2. Approving Officer's Name, I.D. | | Page |
|---|---|---|---|---|
| JARAMILLO, KENNY | 001021 | CRUZ, JEFFREY A | 000834 | 003 |

NCD 5001 Rev. 08/19

EOIR — 15 of 18

MBTA TRANSIT POLICE

| c1. Case No. | c2. Supp No. | c10. Reported Date | c11. Time |
|---|---|---|---|
| 20260000221A | 000 | 01/18/2026 | 1609 |

NARRATIVE

Police Miranda Rights card, to which they denied doing anything and then declined to speak about the incident.

6. Sergeant Cruz contacted MBTA Transit Police Monitor Room (Officer Erickson). A review of of bus surveillance video, corroborated the statements by [redacted] and showed the bus disembark of passengers with Delmyr, Andre, and [redacted] remain on onboard. The video then shows Delmyr and Andre stand up and begin a confrontation with [redacted] while standing in close proximity to [redacted] sitting. Souilmi is then seen making his way to the back of the bus.

7. Due to the facts and statements depicted above, Delmyr and Andre were informed that they would be placed under arrest. Both parties were placed in handcuffs (double locked) and transported back to MBTA Transit Police for booking. I transported Andre and Officer Jiminez transported Delmyr. For placing [redacted] in fear, while discussing to take property in [redacted] possession, and taking the overt act of cornering [redacted] at the back of the bus, Andre and Delmyr will be charged with unarmed robbery (attempted) and conspiracy to commit a crime.

8. I took possession of the wallet from MBTA Bus Operator Souilmi. The wallet containing a Massachusetts Identification, Social Security card and other various miscellaneous items was logged in at MBTA Transit Police Headquarters and a property control form was filled.

Jaramillo /1021

| f1. Submitted By Officer, I.D. | | f2. Approving Officer's Name, I.D. | | Page |
|---|---|---|---|---|
| JARAMILLO, KENNY | 001021 | CRUZ, JEFFREY A | 000834 | 004 END |

NCD 5001 Rev. 08/19

User:R. Sieboldt (40083515) 01/18/2026 19:25

# Transit Police - Custody Report

**Booking Verification Status:** Verified

**Booking Date:** 01/18/2026 16:09 **Booking Location:** MBTA PD **Booking Number:** 2026000430

**Arrest Date:** 01/18/2026 17:45 **Arrest Type:** Arrest **Incident #:** 2026-221

**Location of Arrest:** 300 SQUIRE RD REVERE, MA 02151 UNITED STATES **Arrest Report:**

**Arresting District/Unit:** MBTA - B218 **Court of Appearance:** Chelsea District Court -

**Custody Status:** In Custody **Custody Date:** 01/18/2026 **Cell:** -

| Arrestee Name: | DOB: | Age: | Social Security No: |
|---|---|---|---|
| Delmyr, Zlatan, | 07/21/2007 | 18 | 757937552 |

**Sex:** Male **Race:** Black **Weight:** 180 lbs **Height:** 5ft 11in **Eye Color:** Brown **Hair Color:** Black

**Residential Address:** 109 WHITTENTON ST TAUNTON, MA 02780 UNITED STATES



**ALIAS & CAUTION:** -

**MNI:** 64940391603 **CR #:** **FBI #:** JA859W9T3 **PCF #:** MA30011028 **OBTN:** TMTA20260100X

## Charges

| Status | Charge | Offense Date | Charge Count |
|---|---|---|---|
| Arrested | ROBBERY, UNARMED c265.19(b) | 01/18/2026 16:00 | 1 |

**Bail Amount:** $ **Bail Set By / Notes:**

## Personal Information

**Phone #:** **Build:** Medium **Skin Tone:** Brown

**Marital Status:** **Spouse/SO:** -- **Place of Birth:**

**Mother Name:** **Mothers Maiden Name:** **Fathers Name::**

| Scar, Mark or Tattoo | Body Part | Description |
|---|---|---|
| | No Table Data | |

## Miranda Rights

| Miranda Given | Miranda Given By | Miranda Date Time | Miranda Understood |
|---|---|---|---|
| Yes | Richard Sieboldt 40083515 | 01/18/2026 17:59 | Yes |

## Right to Phone Call

| Advised Right to Phone | Right to Phone Date/Time | Right Phone Officer | Phone Used | Phone Number Called | Comments |
|---|---|---|---|---|---|
| Yes | 01/18/2026 17:57 | Richard Sieboldt, 40083515 | Yes | (781) 874-3127 | |

## Arrest Warrant Information (If Applicable)

## Statutory Rights & Consent (If Applicable)

## Associated Officers

**ARRESTING OFFICER #1:** JARAMILLO 1021

**ARRESTING OFFICER #2:** JIMENEZ 836

**TRANSPORTING OFFICER #1:**

**TRANSPORTING OFFICER #2:**

**TRANSPORTING UNIT:** B216

**BOOKING OFFICER:** RICHARD SIEBOLDT #40083515

**SEARCH OFFICER:** JUAN JIMENEZ #836

**FINGERPRINT OFFICER:** RICHARD SIEBOLDT #40083515

**DUTY SUPERVISOR AT BOOKING FACILITY:**