**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ZLATAN WAD ERNESTO DELMYR<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et. al*,<br><br>Respondents. | No. 1:26-cv-13833-AK |

**ASSENTED TO-MOTION FOR IMMEDIATE TRANSFER OF PETITIONER**

Respondents respectfully move to immediately transfer Petitioner, Zlatan Wad Ernesto Delmyr, to the Donald W. Wyatt Detention Facility ("Wyatt") and to waive the 96-hour notice requirement as ordered by the Court. *See* ECF No. 5.

Movement of Petitioner is necessary and should not be stayed pending further court proceedings as Petitioner was involved in an assault with another detainee/inmate at Plymouth County Correctional Facility. *See* Exhibit 1, Disciplinary Report. ICE informs that Plymouth County Correctional Facility has requested that Petitioner be transferred to another facility immediately. ICE agency counsel relayed that bedspace is available at the Wyatt Detention Facility, located at 950 High Street in Central Falls, Rhode Island.

ICE agency counsel advised that ICE can arrange transport for Petitioner as soon as possible, and as early as today, if the Court permits. Respondents urge that this transfer is not intended to interfere with any of Petitioner's constitutional or statutory rights. Rather, Respondent's intent to transfer Petitioner derives out of the current facility's refusal to house Petitioner after he assaulted another detainee/inmate and operational necessity. Decisions to

transfer for operational necessity fall squarely within ICE's discretionary authority. *See Calla-Collado v. Attorney General of U.S.*, 663 F.3d 680, 685 (3d Cir. 2011) ("[A]s part of DHS, ICE necessarily has the authority to determine the location of detention of an alien in deportation proceedings . . . and therefore, to transfer aliens from one detention center to another.") (internal quotation marks and citation omitted); *see* 8 U.S.C. § 1231(g)(1).[1]

For these reasons, Respondents ask this Court to grant the instant motion for immediate transfer of Petitioner from ICE's Boston Burlington Office in Burlington, Massachusetts to the Wyatt Detention Facility, located at 950 High Street in Central Falls, Rhode Island.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *<u>/s/ Vincent Engingro III</u>*
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

[1] Any allegations of forum shopping must fail in light of Respondents' acknowledgement that this Court would retain jurisdiction and venue over this matter. Respondents additionally agree to provide this Court with 96-hours notice of any further movement of Petitioner.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Vincent Engingro III, Special Assistant United States Attorney certify that, I spoke to Petitioner's counsel on October 6, 2026 and she assents to such motion.

Dated: October 6, 2026

By: */s/ Vincent Engingro III*
Vincent Engingro III
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: October 6, 2026

By: */s/ Vincent Engingro III*
Special Assistant United States Attorney